■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRENT BEACH, Appellant. [16 NYS3d 481]—Appeal from a judgment of the County Court of Franklin County (Main Jr., J.), rendered June 17, 2013, convicting defendant upon his plea of guilty of the crime of criminal contempt in the first degree.

Defendant pleaded guilty to the sole count of an indictment charging him with criminal contempt in the first degree and waived his right to appeal. In accordance with the plea agreement, County Court sentenced defendant as a second felony offender to 1½ to 3 years in prison, to run concurrently with the sentence he was then serving. Defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant upon the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Lahtinen, J.P., McCarthy, Egan Jr. and Rose, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.